UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CASE NO. 3:86-cr-00132-RPC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTURO CORREA-ARROYAVE,

    Defendant.

_____/

FILED
HARRISBURG, PA
DEC 0 6 2004
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## MOTION TO ABATE PROCEEDINGS

COMES NOW Irwin G. Lichter, Esquire in the interest of, ARTURO CORREA-ARROYAVE, and files herewith his Motion to Abate the Proceedings herein and in support would show as follows:

1. Defendant ARTURO CORREA-ARROYAVE was indicted in 1986 in the Middle District of Pennsylvania and charged with Conspiracy to import, distribute and possess with intent to distribute cocaine.

2. The undersigned has entered his appearance in the interest of Defendant, ARTURO CORREA-ARROYAVE.

3. Counsel has been informed that Defendant, ARTURO CORREA-ARROYAVE, died in July, 1986 in Medellin, Colombia. A copy of the Death Certificate is attached hereto.

3. Under the rules of Abatement, the death of a criminal defendant prior to the entry of final judgment abates, *ab initio*, the entire criminal proceedings. *United*

*States v. Pogue*, 19 F.3d 663 (D.C. Cir. 1994); *United States v. Asset,* 990 F.2d 208 (5th Cir. 1993).

4.     The undersigned has contacted A.U.S.A. Gordon Zubrod who has indicated that he does not agree with this motion.

WHEREFORE, the Movant respectfully requests this Honorable Court enter an Order Abating the proceedings herein with regard to Defendant, ARTURO CORREA-AROYAVE.

Respectfully submitted,

_____
IRWIN G. LICHTER, P.A.
321 N.E. 26th Street
Miami, FL 33137
Tel: (305) 573-0551
Fax: (305) 573-6251

### CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing Motion to Abate was mailed to A.U.S.A. Gordon Zubrod, Federal Building, 228 Walnut Street, Room 220, Harrisburg, PA 17108 this 2nd day of December, 2004.

_____
IRWIN G. LICHTER, ESQ.



República de Colombia - Departamento de Antioquia

## Notaría Primera de Rionegro

La Notaria Primera de Rionegro de conformidad con lo dispuesto por el Artículo 115 del Decreto No. 1.260 de 1970

## CERTIFICA:

Que en el día __20__ del mes de __NOVIEMBRE__ de __1986__ se registró la muerte de __RAMIRO ARTURO CORREA ARROYAVE__ hecho ocurrido en Rionegro (Ant.) el día __DOCE__ ( 12 ) del mes de __JULIO__ de __MIL NOVECIENTOS OCHENTA Y SEIS__ la causa principal de la muerte fue __- - - - -__

Que la certificó el Dr. __- - - -__ Registro No. _____ el (la) finado (a) era hijo (a) de __JUAN DE LA CRUZ CORREA__ y de __ANA OTILIA ARROYAVE__.

Esta certificación está excenta de los impuestos de papel sellado y timbre nacional, numerales 4 del Art. 13 y 37 del Art. 26 de la Ley 2da. de 1976.

Rionegro,        Octubre 19 de 2004

**LIGIA ESTHER SANTA SÁNCHEZ**
Notaria 1ra. (E) de Rionegro (Ant.)

SUPERINTENDENCIA DE NOTARIADO Y REGISTRO
Diligencia de certificación del Ejercicio del Cargo de Notario
El Coordinador del Grupo de Actividades Notariales Delegado para éste fin, mediante Resolución No. 0204 de Enero 23 de 2004

09 NOV 2004

QUE _____
Notario _____ del círculo de __Rionegro__
Ejerce el cargo a la fecha de autorización del presente documento

COORDINADOR GRUPO DE ACTIVIDADES NOTARIALES

Republic of Colombia – Department of Antioquia

**First Notary of Rionegro**

The First Notary of Rionegro according to what is allow by
Article 115 of Decree No. 1,260 of 1970

## CERTIFIES

That on the 20 day of the month of November of 1986 was registered the death

of <u>RAMIRO ARTURO CORREA ARROYAVE</u> which occurred in Rionegro (Ant.)

the day TWELVE (12) of the month of JULY of ONE THOUSAND NINE HUNDRED

EIGHTY AND SIX  the principal cause of death was _____

That it was certified Doctor _____Register No._____the

deceased (she)(is) are the son (daughter) of <u>JUAN DE LA CRUZ CORREA</u> and of <u>ANA</u>

<u>OTILIA ARROYAVE</u>.

This certification is exempt from the taxes of sealed paper and national seal, numbers 4 of Art. 13 and 37 of Art. 26 of the 2nd Law of 1976

Rionegro                October 19 of 2004

> Seal of the Republic of Colombia
> name—Notary in charge
> Signature line
> LIGIA ESTHER SANTA SANCHEZ
> 1ST Notary (E) of Rionegro (Ant.)

> Seal of the Register and Superintendent of Notary
> Nov. 9 2004
> Signature