IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :

          v.                                     :(Judge Conaboy)

                       :CR-86-132-01

ARTURO CORREA-ARROYAVE            :
a/k/a "PABLO CORREA".

FILED
SCRANTON

JAN 1 0 2005

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

## ORDER ABATING PROCEEDINGS

AND NOW, this 10th day of January, 2005, upon consideration of the Motion to

Abate Proceedings filed on behalf of the above captioned Defendant (Doc.28), and the

Government having filed a response in agreement to this motion (Doc.29), the following Order is

entered:

    1. The Defendant's Motion to Abate Proceedings (Doc.28), is Granted.

    2. The Indictment filed in this action against Arturo Correa-Arroyave, is Dismissed, only

      as to this Defendant.

Richard P. Conaboy
United States District Judge